WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kenneth L. Severns,<br><br>　　　　Defendant. | CR 92-00044-001-PHX-RCB<br><br>**ORDER REMITTING BALANCE OF FINE** |

　　　Upon reading the Petition for Remission of Balance of Fine (Doc. 39) filed by Plaintiff pursuant to 18 U.S.C. § 3573.  The Court after reviewing the Petition, concludes and finds that reasonable efforts to collect the fine are not likely to be effective.  Accordingly,

　　　**IT IS HEREBY ORDERED** that the balance of the fine is remitted.

　　　DATED this 5th day of March, 2014.

_____
Robert C. Broomfield
Senior United States District Judge